

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2014

No. 04-14-00087-CV

**CODY TEXAS, L.P.**,
Appellant

v.

**BPL EXPLORATION, LTD**.,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6,097
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

We **grant** the Zapata County District Clerk's motion for extension of time to file the clerk's record and **order** Dora Martinez-Castanon to file the record in this appeal by **March 28, 2014**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court